IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO DEROBLES, | 1:06-CV-01804-AWI-WMW-HC |
|     Petitioner, | ORDER ACKNOWLEDGING PAYMENT OF FILING FEE BY PETITIONER |
| vs. | ORDER VACATING ORDER OF JANUARY 22, 2007 |
| DENNIS SMITH, | (Doc. 4) |
|     Respondent. | |

Petitioner is a state prisoner proceeding pro se. On December 12, 2006, petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On January 22, 2007, the court ordered petitioner to submit an application to proceed in forma pauperis or pay the $5.00 filing fee. A review of plaintiff's file shows that on December 29, 2006, petitioner paid the $5.00 filing fee for this case. For this reason, the court's order of January 22, 2007, shall be vacated.

Accordingly, IT IS HEREBY ORDERED that :

1. The court acknowledges that petitioner has paid the $5.00 filing fee for this action, and
2. The court's order of January 22, 2007, which ordered petitioner to submit an application to proceed in forma pauperis or pay the $5.00 filing fee, is VACATED in its entirety.

IT IS SO ORDERED.

**Dated:     January 25, 2007**            **/s/  William M. Wunderlich**
bl0dc4                                            UNITED STATES MAGISTRATE JUDGE